IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


MICHAEL C. CARTER,

    Plaintiff,
v.                                                                     CASE NO. 1:05-cv-00199-MP-AK

JO ANNE B. BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 27, Report and Recommendation of the Magistrate Judge, recommending that Defendant's Motion for Remand, Doc. 26, be granted. The Magistrate Judge filed the Report and Recommendation on Wednesday, November 1, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has made. In this instance, however, no objections were made.

Plaintiff seeks review of the administrative denial of his application for disability insurance benefits under Title II of the Social Security Act and supplemental security income benefits under Title XVI of the Social Security Act. Doc. 1. As the Defendant concedes that this case should be remanded to the ALJ for further proceedings, the Magistrate recommends that the Commissioner's decision be reversed and this case remanded pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. On remand, the Administrative Law Judge should discuss the Workers Compensation determination and address

the weight given to this determination; obtain medical records regarding Plaintiff's hand and back impairments by allowing Plaintiff to testify about his limitations; and obtain supplemental vocational expert testimony.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Defendant's Motion to Remand, Doc. 26, is GRANTED, the Commissioner's decision denying benefits is reversed, and this case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with this order.

3. If on remand Plaintiff is awarded past due benefits, Plaintiff's attorney must file any request for attorney's fees under 42 U.S.C. § 406(b) no later than 14 days from the date the Commissioner, pursuant to 42 U.S.C. § 406(a)(2)(D)(i), provides the claimant with written notice of the dollar amount of the past-due benefits.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** this   *30th* day of November, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge